IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC | § § § | |
| Plaintiff, | § § | Case No: 2:15-cv-01877-JRG-RSP |
| vs. | § § | LEAD CASE |
| AMERICAN HONDA MOTOR CO., INC. | § § § | |
| Defendant. | § § | |
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC | § § § | |
| Plaintiff, | § § | Case No: 2:15-cv-01879-JRG-RSP |
| vs. | § § | CONSOLIDATED CASE |
| MAZDA MOTOR OF AMERICA, INC. d/b/a MAZDA NORTH AMERICA OPERATIONS | § § § § | |
| Defendant. | § § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On this date, the Court considered Plaintiff Rothschild Connected Devices Innovations, LLC's motion to dismiss without prejudice Defendant Mazda Motor of America, Inc. d/b/a Mazda North America Operations pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Therefore, IT IS ORDERED that Plaintiff's claims against Defendants are dismissed without prejudice, with each party to bear its own fees and costs.

**SIGNED this 27th day of May, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE